# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: December 2, 1999

NICOLAS FILIS, et al.

    Plaintiffs

v.

LUQUILLO PARA SAIL, et al.

    Defendants

CIVIL NO. 96-2416 (DRD)

**BY ORDER OF THE COURT**, at request of counsel for plaintiffs the Settlement Conference scheduled for today is re-set for **January 12, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Ricardo Rodríguez Padilla, Esq.
James Toro, Esq.
Susette del Valle, Esq.
Ramón Viñas Bueso, ESq.