UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**    DATE: January 12, 2000
**CIVIL NO. 96-2416 (DRD)**
LAW CLERK: Nathan J. Schulte

================================================================

|  | Attorney: |
|---|---|
| **NICOLAS FILIS, et al.,** | Orlando **DURAN MEDERO** |
| Plaintiffs, | |
| v. | |
| **LUQUILLO PARA SAIL, et al.** | James A. **TORO** |
|  | Ramón L. **VINAS BUESO** |
| Defendants. | Suzette **DEL VALLE LECAROZ** |

================================================================

A SETTLEMENT CONFERENCE was held today. The parties have the informed the Court of the status of the case. At a Pretrial Conference held on August 31, 1999, the Court ordered Third Party Defendant, Commercial Water Sports ("Commercial") to move for dismissal within ten (10) days. (Docket No. 83). Commercial complied (Docket No. 82) and the Court will issue an order on the issue shortly. Previously, the Court dismissed Third Party Defendant, Sports Chutes Over Texas, Inc. ("Sports Chutes"), from this case, however, no judgment has been issued. Therefore, Sports Chutes and Commercial are hereby **GRANTED ten (10) days, that is until January 24, 2000**, to file a motion under FED. R. CIV. P. 54(b) requesting that the Court enter a final judgment as to these parties and the reasoning therefore.

The remaining parties indicate to the Court that a settlement could be reached. Thus, the Court **GRANTS** the parties **ten (10) days, that is until January 24, 2000**, to settle this case. If not, a **Further Settlement Conference** will be held on **January 26, 2000 at 5:00 p.m.** and thereafter this case will immediately be set for trial. The parties are forewarned that the Court will see this case prior to March 31, 2000.

                                                                    _____
                                                                    Law Clerk

P.\MINUTES\96-2416 MEM
s/c: Counsel of record