IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NICOLAS FILIS & BARBARA FILIS | CIVIL NO. 96-2416 (DRD) |
| Plaintiffs | |
| Vs. | |
| LUQUILLO PARA SAIL, INC.; ET ALS | THIRD PARTY PLAINTIFFS DEMAND TRIAL BY JURY |
| Defendants | |
| Vs. | |
| AQUA SPORTS RESORT ENTERTAINMENT SPECIALIST, INC. & ABC INS. CO. AND/OR UNITED COSTAL INS. CO. | |
| Third Party Defendants | |

## JUDGMENT

The parties, having reached a Settlement Stipulation wherein defendants WILLIAMS HOSPITALITY GROUP, INC., ET AL agree to pay to plaintiffs NICOLAS AND BARBARA FILIS the amount of TWO HUNDRED AND TEN THOUSAND DOLLARS ($210,000.00) without costs and/or assessment of attorneys' fees, and after reviewing the terms of said Settlement Stipulation, this Court expressly approves same and accordingly enters judgment thereon in favor of plaintiffs NICOLAS AND BARBARA FILIS against the defendants for the amount of TWO HUNDRED AND TEN THOUSAND DOLLARS ($210,000.00) for plaintiffs' personal injuries and all other damages suffered as a result of accident occurring on or about December 9th, 1995, without costs and/or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this __31__ day of __January__, 2000.

_____
U. S. DISTRICT JUDGE